IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD S. JOHNSON,**<br>1101 Golf Course Drive<br>Mitchellville, MD 20721<br><br>      **Plaintiff,**<br><br>  v.<br><br>**MICHAEL D. GRIFFIN, Adminstrator,**<br>   **NATIONAL AERONAUTICS and**<br>   **SPACE ADMINISTRATION,**<br>300E Street, SW<br>Washington, D.C.  20546<br><br>      **Defendant.** | Civil Action No.  1:08-cv-01316<br>Judge Richard J. Leon |

CERTIFICATE OF CIVIL PROCESS RETURN

Plaintiff Donald S. Johnson, through undersigned counsel, hereby certifies that service of process in the above-captioned case has been executed by serving a copy of the Summons and Complaint in this matter by hand and that the affidavit of service has been returned certifying that the following persons have received defendant's copy of the Summons and Complaint, and that attached to this Certificate is the original copy of said affidavit of service of process:

| Name | Date of Service | Recipient |
|---|---|---|
| Michael D. Griffin<br>300 E Street, SW, West Lobby<br>Washington, D.C.  20546 | August 12, 2008 | Elaine Washington,<br>Assistant to Administrator |
| Michael B. Mukasey, Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530 | 08-12-08 | Roosevelt Williams,<br>Mail Clerk, Ext. 41657 |
| Jeffrey A. Taylor,  U.S. Attorney for D.C.<br>555 4th Street, NW<br>Washington, D.C.  20001 | 08-12-08 | LaKesha Carroll, Docket Clerk |

Plaintiff further certifies that Service of Process in this matter was in accordance with the Federal Rules of Civil Procedure, and was effected by Gregory Hemby, a person duly authorized to serve process, being over the age of eighteen years, and being a person who is not a party in this action.

Respectfully submitted,

_____/s/_____

John W. Davis, No. 931600
1111 14th Street. N.W.
Suite 820
Washington, D.C. 20005
(202) 408-1952

Attorney for Plaintiff
Donald S. Johnson

CERTIFICATE OF SERVICE

     I hereby certify that, on this August 26, 2008, I have served the following persons with a true copy of the foregoing, Certificate of Civil Process Return, by first class mail, postage prepaid:

Michael D. Griffin, Administrator, NASA
300 E Street, SW
Washington, DC  20546

Michael B. Mukasey, Attorney General of the U.S.
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Jeffrey A. Taylor, U.S. Attorney for D.C.
555 4th Street, NW
Washington, DC  20530

                                                                                       /s/

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 12, 2008 / 2:15 pm |
| NAME OF SERVER (PRINT) GREGORY HEMBY | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Department of Justice
950 Pennsylvania Ave., NW - 1st Floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Roosevelt Williams
(mail clerk) X41657

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/08
             Date

Signature of Server: [signature] Gregory Hemby

Address of Server: 718 31st Street, SE #2 - Washington, DC 20019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/12/08 | 4¼ pm |
| NAME OF SERVER (PRINT) Gregory Heinly | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 300 E Street, SW – West Lobby
  Washington, DC 20546

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Elaine Washington, Assistant to the Administrator

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/08
Date

Signature of Server: *Gregory Heinly*

Address of Server: 718 31st Street, SE #2, Washington, DC 20019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

US Attorney DC
AO 440 (Rev. DC - September 2003) Summons in a Civil Action    Case 1:08-cv-01316-RJL    Document 3-2    Filed 08/27/2008    Page 3 of 3

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/12/08  3:15 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Gregory Hemby | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 555 4th Street, NW Washington, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Lakesha Carroll  Docket Clerk

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/08
Date

Signature of Server: *[signed] Gregory Hemby*

Address of Server: 718 31st Street SE #2, Washington, DC 20019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.